

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

September 3, 2020

**VIA ECF**
Honorable Jesse M. Furman
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Artesia McMillan v. Express, LLC*
                Civ. No. 20-CV-04159 (JMF)

Dear Judge Furman:

      As counsel for Respondent, we submit this letter, with the consent of Plaintiff's counsel, in accordance with Your Honor's June 1, 2020 and August 31, 2020 Orders (ECF Nos. 5 and 12).

      Your Honor's June 1, 2020 Order requires the parties to submit a joint case management plan and proposed scheduling order by September 3, 2020 in advance of the telephonic court conference currently scheduled for September 10, 2020 (see ECF Nos. 4 and 12). On August 17, 2020, the Court referred this matter to the Southern District's Alternative Dispute Resolution program of mediation (see ECF No. 11). The parties are in the process of scheduling a mediation with the court-assigned mediators. As such, the parties respectfully request that the court conference scheduled for September 10, 2020 and the deadline to file the joint case management plan and proposed scheduling order of September 3, 2020 be adjourned until a date after the mediation is conducted (if this matter is not resolved at mediation).

      We thank the Court for its time and consideration of this request.

               Respectfully submitted,

               /s/ Rebecca Goldstein

               Rebecca Goldstein

cc: Counsel for Plaintiff (via ECF)
RG/dh

Application GRANTED. The conference currently scheduled for September 10, 2020 is hereby ADJOURNED *sine die*. The parties shall file a letter with the Court no later than **September 17, 2020** describing the status of the mediation conference. The Clerk of Court is directed to terminate ECF No. 13. SO ORDERED.

*[signature]*
September 3, 2020