

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298


Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
rgoldstein@littler.com

November 16, 2020


<u>**VIA ECF**</u>
Honorable Jesse M. Furman
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**   ***Artesia McMillan v. Express, LLC***
>          **Civ. No. 20-CV-04159 (JMF)**

Dear Judge Furman:

As counsel for Defendant, we submit this letter jointly with Plaintiff's counsel, to request that the Court's recent Order of Dismissal, which gives the parties the right to reopen this matter within 60 days (ECF No. 19) be modified to give the parties at least 90 days to reopen this matter. The parties are working on drafting an agreement, which will include a payment plan that will extend past the 60 day deadline in the Court's Order.  As such, the parties respectfully request that the Court's 60 day Order be extended to at least 90 days, which will avoid the parties' need to file the settlement agreement under seal after 60 days.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Rebecca Goldstein*

Rebecca Goldstein


cc: Counsel for Plaintiff (via ECF)
RG/dh